209 P.3d 194

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

May 11, 2009

| 29323, 29324, 29325, 29326 | "E-P" Children, In re | Affirmed |
|---|---|---|
| 28937 | State v. Coles | Affirmed |

### May 20, 2009

| 28036 | Sliwowski v. Sliwowski | Affirmed |
|---|---|---|

### May 21, 2009

| 29170 | State v. Mattson | Affirmed |
|---|---|---|
| 28381 | State v. Moon Soo Kim | Affirmed |
| 28399 | Wilson v. Board of Dental Examiners | Affirmed |

### May 22, 2009

| 28730 | Carswell v. Department of Land and Natural Resources | Affirmed |
|---|---|---|
| 29187, 29188 | G.H., In re | Affirmed |

### May 27, 2009

| 28421 | State v. Levin | Affirmed |
|---|---|---|

### May 28, 2009

| 29397, 29398, 29399, 29400 | J.K., In re | Affirmed |
|---|---|---|
| 28833 | State v. Shitanishi | Affirmed |
| 28529 | State v. Webb | Reversed |

### May 29, 2009

| 27859 | Hale Mua Properties, LLC v. Liu | Affirmed |
|---|---|---|
| 28235 | Hicks v. County of Hawai'i | Affirmed |
| 29163 | State v. Kalaola | Vacated and Remanded |
| 28799 | State v. Ming Yung Chang | Affirmed |
| 29268 | Sylvester v. Young | Affirmed |